U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*(612)664-5600*

October 11, 2005

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Attention: Mary Kaye Conery

RE: United States v. Mir Ali
Civil No. 00-2057 MJD/JGL

Dear Mr. Sletten:

Enclosed for review by the Clerk of Court and the District Court, please find the Government's Application for Writ of Garnishment, Writ of Garnishment, Claim for Exemption Form, and the Clerk's Notice of Post-Judgment Garnishment. Please assign a new magistrate judge to this matter and forward the enclosed documents to the new magistrate.

As soon as we receive the Writ, authorized by the new magistrate and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

We are providing you with these documents because the Federal Debt Collection Procedures Act indicates that the Magistrate Judges may be given the authority to handle all procedures under the Act. See 28 U.S.C. §3008.

If you have any questions or concerns relative to this procedure, please contact me at 664-5630.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Encs.