# CERTIFICATE OF SERVICE BY HAND DELIVERY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 00-2057MJD/RLE |
| MIR ALI, | ) | |
| Defendant. | ) | |
| and | ) | |
| M & I BANK, | ) | |
| Garnishee. | ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on 11-22-05, he/she served a copy of the attached:

1. Application for Writ of Garnishment;
2. Writ of Garnishment;
3. Clerk's Notice of Post-Judgment Garnishment;
4. Instructions to Defendant on How to Object to the Answer of Garnishee;
5. Instructions to Defendant on How to Claim Exemptions on the Claim For Exemption Form; and
6. Claim for Exemption Form.

by personally hand delivery said document to the person at the address below.

Addressee:
Farhana Ali
300 South Fourth Street
Minneapolis, MN 55415

s/ Cindy Loken