CERTIFICATE OF SERVICE BY HAND DELIVERY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIR ALI,<br><br>Defendant.<br><br>and<br><br>M & I BANK,<br><br>Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-2057MJD/RLE |

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on __11-22-05___, he/she served a copy of the attached:

1. Application for Writ of Garnishment;
2. Writ of Garnishment;
3. Clerk's Notice of Post-Judgment Garnishment;
4. Instructions to Defendant on How to Object to the Answer of Garnishee.
5. Instructions to Defendant on How to Claim Exemptions on the Claim For Exemption Form; and
6. Claim for Exemption Form.

by personally hand delivery said document to the person at the address below.

Addressee:
Mir Ali
300 South Fourth Street
Minneapolis, MN 55415

s/ Cindy Loken