UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2057 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIR ALI,<br><br>Defendant,<br><br>M & I BANK,<br><br>Garnishee. | STIPULATION FOR<br>FINAL ORDER IN GARNISHMENT |

Plaintiff United States of America, defendant Mir Ali, and Farhana Ali, defendant's spouse and co-owner of the M & I Bank account referenced herein, hereby stipulate and agree that:

1. The garnishee M & I Bank holds $7,896.52 pursuant to a Writ of Garnishment issued by the Court on October 20, 2005.

2, The garnished funds are held as follows: $7,686.56 in two savings accounts owned jointly by defendant Mir Ali and Farhana Ali and $209.96 in a saving account held jointly by Mir Ali and his minor daughter.

3. Farhana Ali has been personally served with notice of her rights to claim any portion of the funds in the jointly owned

savings account and, by signing this Stipulation, voluntarily waives both all rights to such funds as co-owner of the savings account and her right to a hearing regarding any objection to garnishment of such funds as provided by the Federal Debt Collection Procedures Act.

4. Defendant Mir Ali and Farhana Ali have read and understood the provisions of this Stipulation and understand that this document constitutes the entire agreement between the parties. Defendant Mir Ali and Farhana Ali also understand that they have the right to be represented by counsel of their own choosing but voluntarily waive that right.

5. The United States agrees to release $209.96 of the garnished funds from the savings account held jointly by defendant Mir Ali and his minor daughter and all funds garnished in defendant Mir Ali’s checking account at TCF Bank, also co-owned with Farhana Ali.

6. Defendant Mir Ali and Farhana Ali agree that an Order for Garnishment of the remaining $7,686.56 held by the garnishee may issue, without further notice or hearing.

7. The United States further agrees that, upon receipt of the $7,686.56 in garnished funds, it will deem defendant Mir Ali's judgment debt paid in full.

Dated: November 22, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 11/22/05

s/ Mir Mateen Ali
MIR ALI
Defendant

Dated: 11/22/05

s/ Farhana Ali
FARHANA ALI
Spouse of Defendant