UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2057 MJD/RLE

United States of America,

Plaintiff,

vs. FINAL ORDER IN GARNISHMENT

Mir Ali,

Defendant,

M & I Bank,

Garnishee.

Pursuant to the Stipulation of the parties, it is --

ORDERED:

1. That the garnishee shall release the savings account in the amount of $209.96 held by defendant and minor daughter.

2. That the garnishee shall immediately pay the sum of $7,686.56 from the remaining two savings accounts held jointly by defendant and Farhana Ali to the United States.

Dated: November 23, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE