UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2057 MJD/RLE

United States of America,

Plaintiff,

vs. GARNISHMENT ORDER

Mir Ali,

Defendant,

Best Buy,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 15, 2005.

Defendant has now paid the judgment by compromise. Accordingly, it is --

ORDERED:

That the Writ of Garnishment served on Best Buy on about November 15, 2005, is released.

Dated: November 23, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE